# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>PHILLIP GRIMES | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-03-40015-003 SBA<br>BOP Case Number: DCAN403CR040015-003<br>USM Number:     PHILLIP GRIMES<br>Defendant's Attorney :JOHN JORDAN |

**THE DEFENDANT:**

[**x**]  admitted guilt to violation of  charges 1, 2, 3 & 4 of the Probation Form 12

[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: | 11/6/07<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: | |
| Defendant's USM No.: | *Saundra B Armstrong*<br>Signature of Judicial Officer |
| Defendant's Residence Address: | |
| Defendant's Mailing Address: | Honorable Saundra B. Armstrong, U. S. District Judge<br>Name & Title of Judicial Officer |
| | 11/14/07<br>Date |

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation

DEFENDANT:                                                 Judgment - Page 2 of 3
CASE NUMBER:   CR-03-40015-003 SBA

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DEFENDANT HAS A $100,000 WARRANT FOR HIS ARREST IN HAYWARD, CA DUE TO A BATTERY AT A TARGET STORE | MARCH 21, 2007 |
| 2 | DEFENDANT FAILED TO REPORT TO THE PROBATION OFFICE AS INSTRUCTED | MAY 9, 2007 |
| 3 | DEFENDANT FAILED TO NOTIFY PROBATION OFFICER OF HIS CHANGE OF ADDRESS | |
| 4 | DEFENDANT FAILED TO APPEAR FOR URINALYSIS TESTING AS ORDERED BY THE PROBATION DEPARTMENT | MAY 4, 2007 |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

DEFENDANT:       PHILLIP GRIMES                                                                              Judgment - Page 3 of 3
CASE NUMBER:   CR-03-40015-003 SBA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  six (6) months. .

[**x**]     The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be housed at Lompoc due to the proximity to his family.

[**x**]     The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]     The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal